IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01295-LTB

RAYMOND LARA,

Applicant,

v.

PEOPLE OF THE UNITED STATES,

Respondent.

---

JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 20, 2014, it is hereby

ORDERED that Judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this 20yh day of June, 2014.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/K Lyons
Deputy Clerk